UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:23-CR-700 HEA |
| ) | |
| KENTRELL DIGGS, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the Court on the Report and Recommendation of Magistrate Judge Noelle C. Collins addressing Defendant's Motion to Sever Defendants for Trial. (ECF No. 57). In her December 12, 2024 Report and Recommendation, Judge Collins recommended that Defendant's Motion be denied as moot, because co-defendant Jacobi Bolden entered a guilty plea on December 10, 2024.

No objections were filed to the Report and Recommendation, and the time to do so has expired. Upon review, the Court adopts the Report and Recommendation *in toto*.

Accordingly,

**IT IS HEREBY ORDERED** that the Memorandum, Report and Recommendation of United States Magistrate Judge Noelle C. Collins is **SUSTAINED, ADOPTED, and INCORPORATED** herein. (ECF No. 85)

**IT IS FURTHER ORDERED** that Defendant by Kentrell Diggs's Motion to Sever is **DENIED as moot**.  [ECF No. 57]

Dated this 30th day of January,  2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

2